853 A.2d 230

IN THE MATTER OF BARRY W. HOROWITZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 007821986).

July 23, 2004.

# ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–027, concluding that **BARRY W. HORO-WITZ**, formerly of **EAST BRUNSWICK**, who was admitted to the bar of this State in 1986, should be suspended from the practice of law for a period of three months for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 5.5(a) (practicing law while ineligible to do so), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **BARRY W. HOROWITZ** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.